No. 524. COMMISSIONER OF INTERNAL REVENUE *v.* FACTOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Victor A. Altman* for petitioner.

No. 531. CLARK ET UX. *v.* DWYER, DIRECTOR OF AGRICULTURE OF THE STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Cutler W. Halverson* for petitioners. *John J. O'Connell,* Attorney General of Washington, and *Ernest M. Furnia* and *Richard M. Montecucco,* Assistant Attorneys General, for respondent.

No. 544. AHEARN ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Claude L. Dawson, Keith L. Seegmiller* and *Irving Wilner* for petitioners.

No. 547. ALABAMA *v.* TRANSCONTINENTAL GAS PIPE LINE CORP. Supreme Court of Alabama. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, *William H. Burton,* Assistant Attorney General, and *Guy Sparks,* Special Assistant Attorney General, for petitioner. *Samuel M. Johnston* and *Jos. F. Johnston* for respondent.

No. 549. WEINHEIMER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Clifford Allder* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.